UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Residential Funding Company, LLC,

    Plaintiff,

v.                                      Civil No. 13-3470 (JNE/FLN)

Fremont Bank,

    Defendant.

This case is before the Court on Residential Funding Company, LLC's motion to transfer venue. The parties' memoranda are essentially the same as those filed in *Residential Funding Co., LLC v. Cherry Creek Mortgage Co.*, Civil No. 13-3449 (filed Dec. 12, 2013).[1] The Court denied Residential Funding's motion to transfer venue in *Cherry Creek Mortgage*. For essentially the same reasons, the Court denies Residential Funding's motion to transfer venue in this case.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.     Residential Funding's motion to transfer venue [Docket No. 15] is DENIED.

Dated: April 29, 2014

                                                            s/Joan N. Ericksen
                                                            JOAN N. ERICKSEN
                                                            United States District Judge

---

[1]     Fremont Bank and Cherry Creek Mortgage are represented by the same attorneys.